NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Brianna.Smith@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Marlene Azine,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>US Department of Veterans Affairs,<br><br>　　　　Defendant. | Case No. 2:19-cv-01512-JCM-EJY<br><br>**Stipulation and Order for Dismissal** |

　　It is hereby stipulated, by and between Plaintiff Marlene Azine and Defendant United States of America on behalf of federal agency United States Department of Veterans Affairs (VA), that Plaintiff's Complaint against the United States of America be dismissed, with each party to bear their own fees and costs.

　　Dated this 7th day of May 2020.

 /s/  Marlene Azine
MARLENE AZINE
1327 H Street #327
Las Vegas, Nevada 89106
*Plaintiff, pro se*

NICHOLAS A. TRUTANICH
United States Attorney

 /s/  Brianna Smith
BRIANNA SMITH
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 11, 2020